# United States Court of Appeals
## For the First Circuit

Nos. 16-1370
     16-1406

WAL-MART PUERTO RICO, INC.,

Plaintiff, Appellee,

v.

JUAN C. ZARAGOZA-GOMEZ, in his official capacity as
Secretary of the Treasury of the Commonwealth of Puerto Rico,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 24, 2016, is amended as follows:

On pages 24-25, footnote 11 is deleted.